AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FILED
2007 MAY 29 PM 3:07
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | CASE NUMBER: 8:07-m- |
| ISAAC KELVIN ALLEN | **8:07 MJ 1251 TGW** |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 20, 2007, in Pinellas County, in the Middle District of Florida, defendant did commit Bank Fraud, in violation of Title 18, United States Code, Section 1344. I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Johnny Lavender, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

May 29, 2007                        at        Tampa, Florida

THOMAS G. WILSON
United States Magistrate Judge                 _____
Name & Title of Judicial Officer               Signature of Judicial Officer

## AFFIDAVIT

## INTRODUCTION

I, Special Agent Johnny Lavender, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) assigned to the Tampa, Florida Division. I have been employed with the FBI since February 2002. I am currently assigned to investigate white-collar criminal offenses, including banking fraud. As a SA with the FBI, I have received extensive training in investigating violations of federal statutes, including those regarding bank fraud. For more than two years your Affiant has been assigned to investigate the subject matter of this affidavit. This has been a joint investigation with the United States Postal Service (USPS).

2. I make this affidavit from personal knowledge based upon my participation in this investigation, upon oral and written reports received from other law enforcement agents, interviews personally conducted, and reports and records from various financial institutions and businesses.

3. I submit this affidavit in support of an application for an arrest warrant on Isaac K. Allen, no known address, date of birth July 1, 1966.

4. Because this affidavit is submitted for the limited purpose of obtaining an arrest warrant, I have not set forth each and every fact learned during the course of the still ongoing investigation.

## OVERVIEW OF CRIMINAL OFFENSES

5. Your Affiant submits that, based upon the investigation set forth in this affidavit and conducted by USPS and FBI, there is probable cause to believe that Isaac K. Allen violated the following federal statutes:

      18 U.S.C. Section 1344, Bank Fraud

6. Your Affiant has probable cause to believe, through interviews and investigation, that on or about February 20, 2007, Isaac K. Allen opened a banking account at the Branch Banking and Trust (BB&T), 3412 East Lake Road, Palm Harbor, Florida, using the fraudulent identification of Dan Harris. The deposits of BB&T are insured by the Federal Deposit Insurance Corporation (FDIC).

7.  On or about February 20, 2007, Isaac K. Allen used the identity of Dan Harris to open BB&T checking account #0146239625 with $80 cash, savings account #0445480762 with $20 cash, credit card #4616081000220358 with a credit limit of $10,000, and a credit line #0645207610 in the amount of $2,000.

8.  On April 30, 2007, Assistant Vice President Corporate Investigator Debbi Venanzio confirmed BB&T suffered an approximate loss in the amount of $11,492.54 from BB&T checking account #0146239625 , savings account #0445480762, credit card #4616081000220358, and credit line #0645207610 registered to a Dan Harris.

9.  On May 21, 2007, documented identity theft victim Danny Darnell Harris informed your Affiant he has never opened or owned a BB&T banking account.

## PROBABLE CAUSE TO BELIEVE THAT VIOLATIONS OF LAW HAVE OCCURRED

10.  On or about April 16, 2006, an account was established at The UPS Store, 701 South Howard Avenue, Suite 106, Tampa, Florida 33606-2473 for mailbox #215 by Tara Pasco, the girlfriend of Isaac K. Allen, using a fraudulent Florida driver's license. A fraudulent driver's license in the name of Douglas M. Rogers and picturing Isaac K. Allen was listed at the UPS Store, 701 South Howard Avenue, Suite 106, Tampa, Florida for mailbox #215.

11.  On or about February 20, 2007, a United States Postal Service Official Mail Forwarding Change of address Order was submitted from the old mailing address of 1906 West North A Street, #2, Tampa, Florida 33606 to the new mailing address of 701 South Howard Avenue, #106, Tampa, Florida 33606 under the name of Dan Harris. 1906 West North A Street, #2, Tampa, Florida 33606 is a document addressed used by Isaac K. Allen.

12.  On or about February 20, 2007, California (CA) drivers' license, number N8435905, in the name of Dan Harris was used to open checking account #0146239625 , savings account #0445480762, credit card #4616081000220358, and credit line #0645207610 at BB&T located at 3412 East Lake Road, Palm Harbor, Florida. The BB&T Signature Card (Florida) Name and Address of Depositor(s) was listed as Dan Harris, 1906 West North A Street, Apartment #2, Tampa, Florida 33606.

13.  On March 7, 2007, Isaac K. Allen was captured on BB&T video surveillance removing $500 from the ATM terminal number AE59 in Sarasota from primary account # 0000146239625 registered to Dan Harris. These funds were the BB&T proceeds from the line of credit and/or credit card obtained by Isaac K. Allen using the identity of Dan Harris.

14. On May 24, 2007, Tara Pasco was shown a picture from the BB&T video surveillance dated March 7, 2007 from ATM terminal number AE59. Tara Pasco verified the individual pictured withdrawing $500 from primary account #0000146239625 registered to Dan Harris was Isaac K. Allen.

### REQUEST FOR ARREST WARRANT

Your Affiant respectfully requests an arrest warrant for Isaac K. Allen, based upon violations of 18 U.S.C Section 1344, for obtaining money, funds, credits, and assets of BB&T by means of false or fraudulent pretenses, representations, and promises.

Further affiant sayeth naught.

_____
Johnny Lavender
Special Agent
Federal Bureau of Investigation
Tampa, Florida

Subscribed and sworn to before me
this 29 day of May, 2007

_____
THOMAS G. WILSON
United States Magistrate Judge